United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. DRIZ, <br>     Plaintiff, <br>  v. <br> FCA US, LLC, <br>     Defendant. | Case No. 5:22-cv-01605-BLF <br><br> **ORDER TO SHOW CAUSE** |

The Parties have failed to submit a stipulation of dismissal or status report as required by the Court's Order at ECF No. 53. The Court ORDERS Plaintiff to show cause, in writing and no later than January 31, 2025, why the Court should not dismiss the case.

**IT IS SO ORDERED.**

Dated: January 27, 2025

_____
BETH LABSON FREEMAN
United States District Judge